IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN V.,[1]                                               No. 6:18-cv-02083-HZ

            Plaintiff,                          JUDGMENT

          v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

            Defendant.

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

DATED: \_\_\_\_September 23, 2020\_\_\_\_.

                                                      /s/ Marco Hernández
                                                      MARCO A. HERNÁNDEZ
                                                      United States District Judge

---

[1] In the interest of privacy, this Judgment uses only the first name and the first initial of the last name of the non-governmental party.

1 – JUDGMENT